UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :     **ORDER**
                                        :
                                        :
                                        :     16 CR 167  LAP
        Jonathan Weeks                  :     ---------------
                                        :         Docket #
---------------------------------------x


_Loretta A. Preska_, DISTRICT JUDGE.
    Judge's Name

The attorney retained in this case,
_Jesse Siegel_____ is hereby ordered
    Attorney's Name

to assume representation of the defendant in the above captioned

matter in his capacity as a CJA atty _for today's purposes only._

                            SO ORDERED.

                            _Loretta A. Preska_
                            UNITED STATES DISTRICT JUDGE


Dated:  _5/24/22_