LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

July 22, 2022

**BY ECF**
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Jonathan Weeks; 16 Cr. 167 (LAP)**

Dear Judge Preska:

I represent Mr. Jonathan Weeks in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. On May 24, 2022 Mr. Weeks was arrested, presented and arraigned on various specifications related to his alleged violation of his supervised release. He was detained the same day. A status conference was scheduled for July 26, 2022.

I write, without objection from the Government, to respectfully request a 45-day adjournment of the scheduled conference. Upon conferring with AUSA Eli Mark, the Government will be producing discovery, including an extraction report of Mr. Weeks' cell phone. The extraction will be produced within approximately 3 weeks. As such, time is needed to review the discovery and review it with Mr. Weeks who is incarcerated at MDC Brooklyn. Accordingly, we respectfully request an adjournment of the scheduled conference to a date in September that is convenient for the Court.

```
The status conference is adjourned to
September 14, 2022 at 2:00 p.m. in
Courtroom 12A.
SO ORDERED.
Dated:    July 22, 2022
          New York, New York
```

Respectfully submitted,

/s/

Anthony Cecutti

LORETTA A. PRESKA
Senior United States District Judge