LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

October 31, 2022

<u>BY ECF</u>
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Jonathan Weeks; 16 Cr. 167 (LAP)**

Dear Judge Preska:

I represent Jonathan Weeks in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. On May 24, 2022 Mr. Weeks was arrested, presented and arraigned on various specifications related to his alleged violation of his supervised release. He was detained the same day. A status conference is scheduled for November 15, 2022.

I write, jointly with the Government, to respectfully request a 45-day adjournment of the scheduled conference. The parties are in discussions regarding the allegations contained in the specifications and require additional time to investigate. Accordingly, we respectfully request an adjournment of the scheduled conference for approximately 45 days.

Respectfully submitted,

/s/

Anthony Cecutti

The parties shall appear for a conference on January 11, 2023 at 12:00 PM in Courtroom 12A.

SO ORDERED.

*Lorna G. Schofield*
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2022
       New York, New York
       Part 1 Judge