UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>JONATHAN WEEKS,<br><br>                Defendants. | No. 16-CR-167 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Weeks's sentencing, scheduled for April 12, 2023, at 11:00 AM, is adjourned. The parties shall appear for sentencing on April 13, 2023, at 3:00 PM in Courtroom 12A.

**SO ORDERED.**

Dated:    April 10, 2023
            New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1