UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>JONATHAN WEEKS,<br><br>　　　　　　　　Defendants. | No. 16-CR-167 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The conference in the above-captioned case, previously scheduled for June 10, 2024, at 10:00 a.m., is hereby adjourned to August 6, 2024, at 11:00 a.m.

**SO ORDERED.**

Dated:　　June 7, 2024
　　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1