UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>JONATHAN WEEKS,<br><br>                Defendants. | No. 16-CR-167 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the letter filed by Mr. Weeks regarding his dissatisfaction with CJA counsel currently appointed to represent him in this Court and his intent to file an appeal of the judgment entered on August 6, 2024. (See dkt. no. 499.)

    Current CJA counsel is reminded that it is her responsibility to file any Notice of Appeal. To the extent Mr. Weeks intends to seek the assistance of counsel in his appeal, he may apply to the Court of Appeals for the appointment of new counsel after his current CJA counsel files the Notice of Appeal.

    The Clerk of the Court shall mail a copy of this Order to Mr. Weeks.

**SO ORDERED.**

Dated:    August 27, 2024
           New York, New York

                                            *Loretta A. Preska*
                                            LORETTA A. PRESKA
                                            Senior United States District Judge