UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JONATHAN WEEKS,

                Defendants.

No. 16-CR-167 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the letter filed by Mr. Weeks regarding his dissatisfaction with CJA counsel currently appointed to represent him in this Court, including counsel's failure to communicate and file a Notice of Appeal. (See dkt. no. 503.)

    Current CJA counsel shall submit a letter in response to the concerns raised by Mr. Weeks or otherwise provide the Court an update on the status of any appeal by December 23, 2024.

    The Clerk of the Court shall mail a copy of this Order to Mr. Weeks.

**SO ORDERED.**

Dated:    December 16, 2024
            New York, New York

                                  *Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge