UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JONATHAN WEEKS,

                Defendant.

No. 16-CR-167 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

It has come to the Court's attention that Mr. Weeks is dissatisfied with the CJA counsel appointed by the Court on March 28, 2024 to represent him (see dkt. no. 483), including for counsel's failure to communicate and file a Notice of Appeal (see dkt. no. 503). In addition, CJA counsel failed to respond to the Court's Order requiring counsel to address Mr. Week's concerns by December 23, 2024. (See dkt. no. 504.) Accordingly, the CJA attorney on duty today, Grainne Elizabeth O'Neill, shall be appointed to represent Defendant Jonathan Weeks in the above-captioned case with respect to the relief Mr. Weeks seeks. The Clerk of the Court shall mail a copy of this order to Mr. Weeks.

**SO ORDERED.**

Dated:    January 15, 2025
            New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1