UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JONATHAN WEEKS,

                Defendant.

No. 16-CR-167 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Weeks' motion requesting the Court order that Mr. Weeks be credited for his prior time served in custody.  (Dkt. no. 509.)  The Government shall respond to Mr. Weeks' motion no later than July 7, 2025.  Mr. Weeks may submit any reply no later than August 4, 2025.

    The Clerk of the Court shall mail a copy of this Order to Mr. Weeks.

**SO ORDERED.**

Dated:    June 10, 2025
           New York, New York

                                      *Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge