**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob A. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

July 21, 2025

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Jonathan Weeks,* **16 Cr. 167 (LAP)**

Dear Judge Preska:

The Government respectfully submits this letter to request *nunc pro tunc* an adjournment of the deadline for the Government's response to the defendant's motion to order credit for prior custody (Dkt. 509) from July 7, 2025, to July 28, 2025.

```
The Government's request for an
adjournment nunc pro tunc of the deadline
to respond to defendant's motion to order
credit for prior custody is GRANTED.
The Court is also in receipt of
Defendant's motion for a
sentence reduction.  (Dkt. no. 511.)

Accordingly, the Government shall respond
to both of Defendant's motions (dkt. nos.
509, 511) by August 19, 2025.  Defendant
may submit a reply no later than September
16, 2025.
```

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  s/ Eli J. Mark
_____
Eli J. Mark
Assistant United States Attorney
(212) 637-2431

cc:    Grainne O'Neill, Esq. (counsel for defendant), by CM/ECF

```
The Clerk of the Court shall mail a copy
of this order to Mr. Weeks.
```

**SO ORDERED.**

```
Dated: July 22, 2025
```

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.